IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

      Plaintiff,                     No. CIV S-08-0556-LKK-GGH P

    vs.

LINDA SHELTON, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 24, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In the findings and recommendations, Magistrate Judge Hollows found that plaintiff raised claims challenging the validity of both his criminal conviction and parole suitability hearing. In his objections, plaintiff alleges that he is not challenging his parole or criminal case. Rather, his "goal is to get the court's support in exposing and proving" a variety

1

1 of matters including the murder of family court attorney pro/tem Zilaff, the murder of his
2 mother-in-law, the murder of his brother, the murder of patients at Sutter General Hospital, the
3 simulation of cystic fibrosis on his daughter, torture burns on his son, etc.  Plaintiff claims that
4 once the court investigates these matters, it will discover why he was "so viciously sentenced."

5       In this civil rights action, the court does not have that the authority to assist
6 plaintiff in investigating alleged criminal activities.  For this reason, this action is dismissed.  To
7 the extent plaintiff challenges the legality of his conviction and parole suitability hearings, such
8 claims are barred for the reasons stated in the magistrate judge's findings and recommendations.

9       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
10 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
11 entire file, the court finds the findings and recommendations to be supported by the record and
12 by proper analysis.

13       Accordingly, IT IS HEREBY ORDERED that:

14       1.  The findings and recommendations filed June 24, 2008, are adopted in full;
15 and

16       2. This action is dismissed for the reasons discussed above and for the reasons
17 stated in the findings and recommendations.

18

19 DATED: July 24, 2008

                                        /s/ Lawrence K. Karlton
20 /cm                          LAWRENCE K. KARLTON
   kish0556.805                       SENIOR JUDGE
21                                   UNITED STATES DISTRICT COURT

22

23

24

25

26